**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

ABBAS LAMEEI RAMANDI, #A 249-385-405                                         PETITIONER

VERSUS                                                     CIVIL ACTION NO. 5:26cv99-DCB-BWR

IMMIGRATION AND CUSTOMS
ENFORCEMENT, KRISTI NOEM,
PAMELA BONDI, TODD M. LYONS, and
WARDEN RAFAEL VERGARA                                                        RESPONDENTS

## ORDER REQUIRING RESPONDENT TO ANSWER

BEFORE THE COURT are pro se Petitioner Abbas Lameei Ramandi's Amended

Petition for Writ of Habeas Corpus [4], pursuant to 28 U.S.C. § 2241, and Amended

Memorandum in Support [5].  He is an alien detainee in the custody of the Department of

Homeland Security, who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Therefore, Immigration and Customs

Enforcement, Kristi Noem, Pamela Bondi, and Todd M. Lyons are removed as Respondents in

this matter.  Further, the Court has considered the matter and is of the opinion that Respondent

Warden Rafael Vergara shall respond to the Amended Petition.

**IT IS THEREFORE ORDERED** that Immigration and Customs Enforcement, Kristi

Noem, Pamela Bondi, and Todd M. Lyons are hereby removed as Respondents in this case.

**IT IS FURTHER ORDERED** that Respondent Warden Rafael Vergara shall file an

answer or other responsive pleading in this case within 20 days of the service of a copy of this

Order.  **Respondent shall file with the answer or other responsive pleading any agency**

**records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.** If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Amended Petition [4] and Amended Memorandum [5] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondent to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Abbas Lameei Ramandi by mailing same to his last known address.

**SO ORDERED**, this the 2nd day of April, 2026.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE